**Somjai MURRELL, Plaintiff–Appellant,**

v.

**Darlene BEST, Undercover Officer; Unnamed Police Officer, Defendants–Appellees.**

No. 01–6558.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 21, 2001.

---

Somjai Murrell, pro se.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

## OPINION

PER CURIAM.

Somjai Murrell appeals the district court's dismissal of his 42 U.S.C.A. § 1983 (West Supp.1999) complaint. The district court construed Murrell's action as one for habeas corpus relief under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) after finding Murrell's action, which alleges he was arrested without probable cause, challenged the fact or duration of his incarceration. On appeal, however, Murrell argues that the incident that forms the basis of his § 1983 complaint is unconnected to his current incarceration.

We have reviewed the record and the district court's opinion and find the record before us is inadequate to evaluate the propriety of the district court's action. Accordingly, we remand Murrell's claim to the district court for further proceedings to ascertain if in fact Murrell's allegations in this complaint amount to an attack on a conviction for which he was incarcerated. The record, as supplemented, will then be returned to this court for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

*REMANDED.*